United States Bankruptcy Court
District of Puerto Rico

GONZALEZ MALDONADO,
    Plaintiff                                                Adv. Proc. No. 18-00142-ESL

BANCO POPULAR DE PUERTO RICO,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0104-3         User: zayasd            Page 1 of 1                Date Rcvd: Oct 17, 2019
                              Form ID: pdf003         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
pla            +ANGELICA CANALES VAZQUEZ,    RR6 BOX 9754,    SAN JUAN, PR 00926-9432
pla            +MICHAEL ALEXANDER GONZALEZ MALDONADO,    URB BORINQUEN VALLEY 464 CAPUCHINO ST,
                 CAGUAS, PR 00725-9583
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 17 2019 19:48:35     MONSITA LECAROZ ARRIBAS,
                 US TRUSTEE,    OCHOA BUILDING,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
ust             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 17 2019 19:48:35     OFFICE U.S. TRUSTEE,
                 EXECUTIVE OFFICE OF THE US TRUSTEE,    500 TANCA STREET,    SUITE 301,
                 SAN JUAN, PR  00901-1922
ust             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 17 2019 19:48:35     US TRUSTEE,   US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
dft            +E-mail/Text: marilyn.gonzalez@popular.com Oct 17 2019 19:49:30     BANCO POPULAR DE PUERTO RICO,
                 MORTGAGE SERVICING DEPARTMENT (762),    PO BOX 362708,    SAN JUAN, PR 00936-2708
dft            +E-mail/Text: NOREEN@NWR-LAW.COM Oct 17 2019 19:43:51     Noreen Wiscovitch Rentas,
                 PMB 136 400 Calaf Street,    San Juan, PR 00918-1314
                                                                                              TOTAL: 5
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
```
              JOSE A MOREDA DEL VALLE    on behalf of Defendant    BANCO POPULAR DE PUERTO RICO
               bankruptcy@jmdvlaw.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Plaintiff ANGELICA  CANALES VAZQUEZ
               rfc@rfigueroalaw.com, G9942@notify.cincompass.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Plaintiff MICHAEL ALEXANDER GONZALEZ MALDONADO
               rfc@rfigueroalaw.com, G9942@notify.cincompass.com
                                                                                             TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-06385 (ESL) |
| MICHAEL ALEXANDER GONZALEZ AND ANGELICA CANALES VAZQUEZ | CHAPTER 7 |
| Debtors | |
| MICHAEL ALEXANDER GONZALEZ AND ANGELICA CANALES VAZQUEZ | ADV. PROC. NO. 18-00142 (ESL) |
| Plaintiffs | |
| vs. | |
| BANCO POPULAR DE PUERTO RICO | |
| Defendant | |

## JUDGMENT

Upon the *Opinion and Order* entered on October 15, 2019 (Docket No. 19), it is now,

ADJUDGED AND DECREED that judgment be and is hereby entered in favor of Defendant, and thus, the Complaint against Banco Popular de Puerto Rico be and is hereby dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).

SO ORDERED.

In San Juan, Puerto Rico, this 17th day of October 2019.

*Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge

-1-